# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 22-CR-42 (CRC) |
| **JOSHUA HERNANDEZ,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Graciela R. Lindberg, as counsel for the United States, is terminating her appearance as counsel of record in this matter. Trial Attorney Brian Brady, government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:  */s/ Graciela R. Lindberg*
Graciela R. Lindberg
Assistant United States Attorney
Detailee
Texas Bar #: 00797963
11204 McPherson Road, Suite 100A
Laredo, Texas  78045
956-721-4960
graciela.lindberg@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 28th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Graciela R. Lindberg*
Assistant United States Attorney